**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                              (State)

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2022 JUN 16 A 11:09

RECEIVED

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Bottle Warehouse Inc.

2. **All other names debtor used in the last 8 years**  Mab Fine Wines & Spirits

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  45-4524141

4. **Debtor's address**

   **Principal place of business**
   385 Merrick Ave
   Number    Street

   East Meadow, NY 11554
   City    State   ZIP Code

   Nassau
   County

   **Mailing address, if different from principal place of business**
   Same
   Number    Street

   P.O. Box

   City    State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State   ZIP Code

5. **Debtor's website (URL)**  N/A

Debtor  **Bottle Warehouse Inc.**               Case number (if known) _____
        Name

6. **Type of debtor**

   ☒ Corporation (Including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **4453**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When ___/___/_____ Case number _____
                                    MM / DD / YYYY
            District _____ When ___/___/_____ Case number _____
                                    MM / DD / YYYY

Debtor _____    Case number (if known) _____
         Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____    Relationship _____
            District _____    When ___/___/_____
                                                      MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property? _____
                          Number    Street
                          _____
                          City                        State  ZIP Code

    Is the property insured?
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

| Debtor | | Case number (if known) | |
|---|---|---|---|
| Name | | | |

**15. Estimated assets**
- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/15/2022

X _Jaspreet Anand_      _Jaspreet Anand_
Signature of authorized representative of debtor    Printed name

Title _President_

**18. Signature of attorney**

X _____  Date _____
Signature of attorney for debtor    MM / DD / YYYY

Printed name

Firm name

Number   Street

City    State    ZIP Code

Contact phone    Email address

Bar number    State

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In Re:

Bottle Warehouse Inc.

_Jaspreet Anand_
_____
Debtor(s)

Case No.

Chapter

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 6/15/2022

_Jaspreet Anand_      _Jaspreet Anand_
_____   President
Debtor

_____
Joint Debtor

s/
_____
Attorney for Debtor

USBC-44

Rev. 11/15

Appelation Realty, LLC
PO Box 582
Great River, NY

Southern Wines
345 Underhill Blvd
Syosset, NY 11791

Empire Merchants
16 Bridgewater St
Brooklyn, NY 11222

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                                    Case No.
                                                          Chapter

                        Debtor(s)
----------------------------------------------------------x

### AFFIRMATION OF FILER(S)

All individuals filing a bankruptcy petition on behalf of a pro se debtor(s), must provide the following information:

Name of Filer: __BOTTLE WAREHOUSE INC, JASPREET ANAND__
Address: __385 MERRICK AVE, EAST MEADOW, NY 11554__
Email Address: __JAS_ANAND@HOTMAIL.COM__
Phone Number: __(516) 225 0303__

Name of Debtor(s): __BOTTLE WAREHOUSE INC__

### CHECK THE APPROPRIATE RESPONSES:

### ASSISTANCE PROVIDED TO DEBTOR(S):

__X__  I PREPARED THE PETITION AND/OR ASSISTED WITH THE PAPERWORK BY DOING THE FOLLOWING: _____

____  I DID NOT PROVIDE THE PAPERWORK OR ASSIST WITH COMPLETING THE FORMS.

### FEE RECEIVED:

__X__  I WAS NOT PAID.

____  I WAS PAID.
             Amount Paid: $ _____.

I/We hereby affirm the information above under the penalty of perjury.

Dated: __6/16/2022__                               __Jaspreet Anand__
                                                   Filer's Signature

## Minutes of the Directors Meeting

Minutes of a meeting of Directors of Bottle Warehouse Inc. d/b/a Mab Fine Wines & Spirits held at 385 Merrick Avenue, East Meadow, New York 11554, on this 15th day of June, 2022.

1. The following board members were present, constituting the entire board:
   Jaspreet Anand

2. All the directors of the Corporation being present, formal notice calling the meeting was dispensed with, and the meeting declared to be regularly called.

3. UPON MOTION DULY MADE, seconded and unanimously carried, Jaspreet Anand acted as chairperson and secretary of the meeting.

4. The following memorandum was then read an ordered to be inserted in these minutes. "We, the directors of the Corporation consent to this meeting being held at the above time and place and do waive notice and publication of this meeting, and consent to the transaction of such business, as may have come before it, as testified by our signatures below.

5. ___/s/ Jaspreet Anand___ Signature
   Jaspreet Anand President/Secretary

6. Minutes of the last regular meeting were read and, upon motion duly made, seconded and carried, were adopted as read.

7. The Chairperson present it to the meeting and thereupon the following CORPORATE RESOLUTIONS were offered, seconded and unanimously adopted.

IT WAS RESOLVED THAT:

1. The Officers of the Corporation have authorized the Corporation to file Chapter 11 Bankruptcy, with the United States Bankruptcy Court, Eastern District of New York. A Voluntary Petition for Non-Individuals Filing for Bankruptcy (Form 201) along with required fees will be delivered to the United States Bankruptcy Court Eastern District of New York, Central Islip New York.

2. There being no further business to come before the meeting, the meeting was adjourned.

3. Dated in the State of New York on June 15, 2022.

___/s/ Jaspreet Anand___ Signature
Jaspreet Anand President/Secretary